IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 0 3 2007
U.S. DISTRICT COURT
ELKINS WV 26241

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       Civil No. 2:07CV47

2006 DODGE RAM,
VEHICLE IDENTIFICATION
NUMBER: 3D7HA16H86G152895,

        Defendant.

## ORDER GRANTING JOINT MOTION FOR SUMMARY JUDGMENT

The Court finds there is no genuine dispute concerning the material facts alleged in the Joint Motion of the United States and Daimler Chrysler for Summary Judgment, and that Plaintiff is entitled to judgment as a matter of law. Further, claimant has not filed any objections to the Joint Motion for Summary Judgment. Accordingly, the motion is **GRANTED**. The Clerk of Court is directed to enter Judgment for Plaintiff and the above-styled civil action is hereby dismissed and stricken from the docket of the Court.

So ORDERED.

Dated: *October 3, 2007*

                                              */s/ Robert E. Maxwell*
                                              UNITED STATES DISTRICT JUDGE